# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL NICHOLAS DOUGLAS,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, United States Attorney General,<br><br>Respondent. | Case No. 2:19-cv-10035-AB-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus filed herewith,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed without prejudice for lack of jurisdiction.

DATED: November 25, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE